

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 21, 2025

**BY ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *United States v. Richard Kim*, 25 Cr. 359 (LGS)

Dear Judge Schofield:

    The Government respectfully requests that the time between today's arraignment of defendant Richard Kim and the date of the initial pre-trial conference scheduled for January 12, 2026, (Dkt. 17), be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to assemble and produce discovery, the defendant time to review such discovery, the parties to prepare and submit motions pursuant to the Court's scheduling order, and the parties an opportunity to discuss the possibility of pretrial resolutions of this case.

    Defense counsel has informed the Government that it consents to this request.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by: _____
    Ryan T. Nees
    Assistant United States Attorney
    (212) 637-1595

Cc:    Kristoff Williams, Esq.

---

Application **GRANTED**. The Court finds that the ends of justice served by excluding the time between today and January 12, 2026, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because it would allow the Government to produce discovery and would allow Mr. Kim to consider the discovery, his defenses, and any motions, and would allow for the Court's timely disposition of pretrial motions. It is hereby **ORDERED** that the time between today and January 12, 2026, is excluded. The Clerk of Court is directed to terminate the letter motion at docket number 18.

Dated: August 13, 2025
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE