# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 7, 2025

**BY ECF**

> Application Granted. Defendant's motion(s), if any, shall be filed by **December 10, 2025**. The Government's response shall be filed by **January 9, 2026**. Defendant's reply shall be filed by **January 22, 2026**. The Clerk of the Court is directed to terminate the letter motion at docket number 24.
>
> Dated: November 13, 2025
> New York, New York
>
> /s/ Lorna G. Schofield
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

The Honorable Lorna G. Schofield
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  **United States v. Richard Kim**
     **25-CR-359 (LGS)**

Dear Judge Schofield,

    Richard Kim, through undersigned counsel, respectfully moves the Court for an order adjourning the pretrial briefing schedule in this case by a period of 30 days. Currently, pretrial motions are due by November 10, 2025. This is the first request for an adjournment of the briefing schedule.

    The reason for the request is that the parties are currently discussing a potential pretrial resolution that would get rid of the need for pretrial motions. The government consents to the requested adjournment of the briefing schedule. Accordingly, the parties request that the briefing schedule be adjourned as follows:

- <u>Defense Pretrial Motions:</u> December 10, 2025
- <u>Government Response:</u> January 9, 2026
- <u>Defense Reply:</u> January 22, 2026

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

1