# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 10, 2025

**BY ECF**

Application Granted.  Defendant's motion(s), if any, shall be filed by **January 9, 2026**.  The Government's response shall be filed by **February 6, 2026**.  Defendant's reply shall be filed by **February 20, 2026**.  The January 12, 2026, status conference will proceed as scheduled.  The Clerk of the court is directed to terminate the letter motion at docket number 26.

The Honorable Lorna G. Schofield
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Dated: December 17, 2025
New York, New York

Re:    **United States v. Richard Kim**
       **25-CR-359 (LGS)**

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield,

      Richard Kim, through undersigned counsel, respectfully moves the Court for an order adjourning the pretrial briefing schedule in this case by a period of 30 days.  Currently, pretrial motions are due by December 10, 2025.  This is the second request for an adjournment of the briefing schedule.

      The reason for the request is that the parties are finalizing a potential pretrial resolution that would get rid of the need for pretrial motions.  The government consents to the requested adjournment of the briefing schedule.

      Given that a status conference is already set in this case for January 12, 2026, the parties would propose that pretrial motions (if any) be due on January 9, 2026, and that any further briefing schedule be set at the status conference.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

1