

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 19, 2026

**BY ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      **Re:** *United States v. Richard Kim*, 25 Cr. 359 (LGS)

Dear Judge Schofield:

      The parties respectfully write to provide the Court with a status update pursuant to the Court's January 13, 2026, order. (Dkt. 28). The parties currently expect that this case will proceed to trial as scheduled on June 29, 2026. The Government respectfully requests that the Court set an expert disclosure deadline of May 12, 2026. The Government further requests that the time between today's date and the date of the pre-trial conference, scheduled for June 15, 2026, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to prepare and submit motions pursuant to the Court's scheduling order, and for the parties to prepare for trial.

      Defense counsel has informed the Government that it consents to this request.

Application Granted. Any expert disclosure shall be made by **May 12, 2026**. The Court finds that the ends of justice served by excluding the time between today and June 15, 2026, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because it would allow the parties to prepare and file pretrial motions and prepare for trial. It is hereby ORDERED that the time between today and June 15, 2026, is excluded. The Clerk of Court is directed to terminate the letter motion at docket number 30.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
    Ryan T. Nees
    Assistant United States Attorney
    (212) 637-1595

Cc:    Kristoff Williams, Esq.

Dated: May 24, 2026
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE