AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cr-359 |
| Richard Kim | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                              .

Date:      04/14/2026

/s/ Michael DiBattista
*Attorney's signature*

Michael DiBattista, 5558515
*Printed name and bar number*

U.S. Attorney's Office- Southern District of New York
26 Federal Plaza, New York, NY 10278

*Address*

michael.dibattista@usdoj.gov
*E-mail address*

(212) 637-1029
*Telephone number*

*FAX number*