UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X
                                 :

  UNITED STATES OF AMERICA,       :

                                 :          25 Crim. 359 (LGS)

             -against-          :

                                 :          <u>SCHEDULING ORDER</u>

  RICHARD KIM,               :

                      Defendant.  :

----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties request to adjourn the jury trial currently scheduled to begin June 29, 2026.  It is hereby

      **ORDERED** that the application is **GRANTED**.  The jury trial scheduled to begin June 29, 2026, is **ADJOURNED** to **July 27, 2026, at 9:45 am.** or the Court's first available date thereafter.  The parties shall be ready to proceed on 24 hours' notice on or after July 27, 2026.  It is further

      **ORDERED** that the parties shall file by **May 26, 2026**, any *Daubert* motions, and by **June 2, 2026**, any responses to the motions.  It is further

      **ORDERED** that the parties shall file by **June 2, 2026**, a joint statement as provided in the Court's Individual Rule I.1, a joint proposed *voir dire*, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any disagreements between the parties.  It is further

      **ORDERED** that, by **July 6, 2026**, any unproduced Rule 17(c) returns and affirmative defenses shall be disclosed.  It is further

      **ORDERED** that the final pretrial conference scheduled for June 15, 2026, is **ADJOURNED** to **July 13, 2026, at 11:00 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  It is further

**ORDERED** that at the final pretrial conference, the Government shall provide the Court and the Defendant with a list of anticipated witnesses and exhibits, and the Defendant shall provide the Court and the Government with a list of potential witnesses for purposes of *voir dire*. In addition, the parties shall be prepared to discuss with the Court the number of trial days needed.  It is further

**ORDERED** that the Court finds that the ends of justice served by excluding the time between today and July 27, 2026, outweigh the best interests of the public and the defendant in a speedy trial as provided in 18 USC § 3161(h)(7)(A) because, the exclusion, to which the parties consent, would allow the parties time to prepare for trial.  The time between today and July 27, 2026, is hereby excluded.

The parties are reminded that any discussions regarding the possible disposition of this matter will not stay this schedule.  No extensions will be granted absent extraordinary circumstances.

Dated: May 22, 2026
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2