# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 1, 2026

**BY ECF**

The Honorable Lorna G. Schofield
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Application Granted in part. The parties shall appear for a status conference on **June 23, 2026, at 10:30 a.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 45.

Dated: June 2, 2026
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:    **United States v. Richard Kim**
       **25-CR-359 (LGS)**

Dear Judge Schofield,

The parties respectfully write to request that the Court hold a scheduling conference. The Court recently moved the trial date in this case from June 29, 2026 to July 27, 2026. This new date, however, conflicts with the defense's schedule. The parties thus request that the Court set a conference where we can discuss a date certain for the trial that fits the Court's, the government's, and the defense's schedule.

Undersigned counsel has conferred with the government about availability for a scheduling conference. The parties would be available on the following dates/times.

- Tuesday, June 9 (10am to 11am)
- Thursday, June 11 (After 2pm)
- Friday, June 12 (After 12pm)
- Monday, June 15 (After 2pm)
- Thursday, June 18 (After 1pm)

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

1