UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                 :

UNITED STATES OF AMERICA,         :

                                 :

                                 :          25 Cr. 359 (LGS)

                  -against-        :

                                 :            <u>ORDER</u>

RICHARD KIM,                   :

                       Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the status conference currently scheduled for June 22, 2026,

is adjourned to **July 7, 2026, at 3:00 p.m.**

Dated:  June 22, 2026
         New York, New York

                                      **LORNA G. SCHOFIELD**
                            **UNITED STATES DISTRICT JUDGE**