UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD KIM,<br><br>Defendant. | **Proposed Order**<br><br>25 Cr. 359 (LGS) |

LORNA G. SCHOFIELD, United States District Judge:

On July 8, 2026, the Court directed the Government and the defendant's counsel to propose the process the Court should adopt in order for the Government to evaluate the defendant's claim of mental disease or defect, and to propose the appointment of a licensed or certified psychiatrist or psychologist to conduct an examination of the defendant. Upon consent of both parties,

IT IS HEREBY ORDERED THAT:

1. Pursuant the Court's inherent supervisory authority and Federal Rule of Criminal Procedure 12.2(c)(1)(B), the court may, upon the Government's motion, order the defendant to be examined under procedures ordered by the court.

2. The Court GRANTS the Government's unopposed motion pursuant to Rule 12.2(c)(1)(B) to conduct an examination of the defendant.

3. The Government shall designate licensed or certified psychiatrist(s) or psychologist(s) to conduct an examination of the defendant at times and locations agreed to by the parties. All parties shall make a good faith effort to schedule the examination at a mutually agreeable time and complete the examination, in any event, no later than November 1, 2026.

4. At least one month prior to the examination, the defendant shall provide the Government's designated expert(s) with all materials previously provided to Dr. John Mariani, including the defendant's complete treatment records from the Columbia University Gambling Disorder Clinic and select materials produced in discovery. The Government shall not have access to such materials until after the Court has resolved any outstanding litigation related to the admissibility of Dr. Mariani's testimony.

5. The examination will occur over one to two consecutive days, for up to sixteen hours, and will be scheduled from 9:00 a.m. to 5:00 p.m. each day.

6. The examination will be video-recorded and a transcript will be prepared by the Government. The defendant shall file any motions, pursuant to Fed. R. Crim. P. 12.2(c)(4), for the exclusion of any of the defendant's statements beyond "an issue regarding mental condition of the defendant," no later than two weeks after the conclusion of the examination. Pending the Court's resolution of any dispute, the Government case team shall not access the portions of the examination in dispute. The defendant shall simultaneously provide a log to the Government identifying those portions of the video in dispute, and the Government shall have access to all other portions. The Government's designated expert(s) shall have immediate access to the video and be permitted to make use of it without limitation in the preparation and drafting of any expert disclosure. The Government's opposition to any motion shall be due two weeks after the defendant's motion is filed, with any reply due one week later. Upon resolution of any dispute, the Government shall prepare a complete transcript of the video.

7. No counsel will be present during the examination, although defense counsel may be available for consultation outside the examination room.

8. The Government shall provide the defendant with any expert disclosure, pursuant to Fed. R. Crim. P. 16(a)(1)(G), by December 11, 2026. The defendant shall file any motions related to the disclosure no later than January 15, 2027. The Government shall file any opposition no later than January 29, 2027.

SO ORDERED.

Dated: New York, New York
July 28, 2026

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE